R. Brett Kelly (RK-1048)
**DeOrchis & Partners, LLP**
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

Attorneys for Plaintiff
**MERZARIO USA, INC.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MERZARIO USA, INC.,

              Plaintiff,                  04 Civ. 4676 (ILG)

    -against-

                                    **DEFAULT JUDGMENT**

RRR SOLO INDUSTRIES, INC.,

              Defendant.
-----------------------------------------------------------X

This action having been commenced on October 29, 2004, by the filing of the Summons and Complaint, and a copy of the Summons and Civil Complaint in admiralty having been served on Defendant RRR SOLO INDUSTRIES on October 29, 2004, by personal delivery to the New York Secretary of State and Proof of Service having been filed on January 5, 2005, and the Defendant not having answered or moved with respect to the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED that the Plaintiff have judgment against the Defendant in the liquidated amount of $31,122.21 with interest at 9% from June 30, 2004 through April 22, 2005 or when this judgment is entered against the Defendant amounting to $2,271.49 plus costs and disbursements of this action in the amount of $258.00 amounting in all to $33,651.70.

Dated:     New York, New York
~~March 10, 2005~~
June 10, 2005

_____/s/_____
/U.S.D.J.